**STATE of Missouri, Respondent,**

v.

**Clarence FUSE, Appellant.**

**No. ED 97474.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 2, 2013.

Andrew E. Zleit, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., Jennifer A. Rodewald, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., PATRICIA L. COHEN, J., and KURT S. ODENWALD, J.

## ORDER

PER CURIAM.

Clarence Fuse appeals the judgment entered upon a jury verdict finding him guilty of unlawful use of a weapon, Section 571.030 RSMo., and misdemeanor possession of less than 35 grams of marijuana, Section 195.202 RSMo. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).